```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 13192
   MARIO CERVANTES
   ORALIA BALDERAS                              CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-2913      SSN XXX-XX-8267
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/23/08 and confirmed on 10/14/08.

    2.  The case was converted to Chapter 7 after confirmation, 01/21/2009.

    3.  The Debtor paid a total of $   1695.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FLAGSTAR BANK | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | 21705.24 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | MORTGAGE ARRE | 1233.00 | .00 | .00 |
| ILLINOIS DEPARTMENT OF H | CHILD SUPPORT | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 22938.24 | .00 | .00 | .00 | 22938.24 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, LEGAL HELPERS PC                  , was allowed $   3500.00
and was paid $   1143.00  direct and $   1605.17  through the plan.

The Trustee received $     89.83 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/18/09                        /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 13192 MARIO CERVANTES & ORALIA BALDERAS